Goldie Buehler, Appellee, v. Albert C. Buehler, Appellant.

Gen. No. 42,393. 

opinion filed April 20, 1943. Petit, Olin & Overmyer, for appellant; Adelor J. Petit, Jr., of counsel; Jacob G. Grossberg and Harry May, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''

Sam Mirza, Appellee, v. Elizabeth Mirza, Appellant.

Gen. No. 42,444. 

opinion filed April 20, 1943. Whitney, Teitelbaum & Freeman, for appellant; no appearance for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''